AO 72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

QUADRAY HOBBS,

    Plaintiff,

v.

STEPHANIE MERCER, State
Probation Officer,

    Defendant.

CIVIL ACTION NO.: CV210-057

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED**, pursuant to 28 U.S.C.A. §§ 1915 (e)(2)(B)(ii) and 1915A(b). The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

**SO ORDERED**, this 11 day of June, 2010.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA